## FAGER *v.* THE STATE.

From the Fayette Circuit Court.

*W. C. Forrey*, for appellant.

*C. A. Buskirk*, Attorney General, and *O. B. Scobey*, Prosecuting Attorney, for the State.

BIDDLE, J.—The question of law involved in this case is the same as that decided in the case of *Ready* v. *The State, ante*, p. 1.

Upon the authority of that case the judgment in this case is affirmed, at the costs of the appellant.